Robert E. Sabido, OSB No. 96416
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, 5th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:   (503) 323-9019

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HEATHER PATTERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>    Defendant. | Case No. CV-11-1184 SI<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendant shall be dismissed with prejudice and without attorney fees or costs to either party.

DATED: March 2, 2012

TRIGSTED LAW GROUP

/s/ Joshua Trigsted
Joshua Trigsted, OSB No. 06531
Attorneys for Plaintiff

COSGRAVE VERGEER KESTER LLP

/s/ Robert E. Sabido
Robert E. Sabido, OSB No. 96416
Attorneys for Defendant

/ / /

/ / /

/ / /

Page 1 -  **STIPULATED JUDGMENT OF DISMISSAL**          1437082

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiff's claims against defendant are dismissed with prejudice and without attorney fees or costs to either party.

DATED: March 2, 2012

_____
Michael H. Simon
United States District Judge

Page 2 -   **STIPULATED JUDGMENT OF DISMISSAL**                                           1437082
COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth, Suite 500
Portland, OR 97204
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **STIPULATED JUDGMENT OF DISMISSAL** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Joshua Trigsted
Trigsted Law Group
5200 Meadows Road, Suite 150
Lake Oswego, OR 97035
    Attorneys for Plaintiff

DATED: March __, 2012

/s/ Robert E. Sabido
Robert E. Sabido

Page 1 - CERTIFICATE OF SERVICE

1437082

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019